IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARL HINDS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DUN & BRDSTREET | : | NO. 02-2872 |

## **ORDER**

AND NOW, this _____ day of July, 2002, it appearing that on July 19, 2002,

counsel for plaintiff filed an "Order to Dismiss," pursuant to F.ed. R. Civ. P. Rule 41(a), it is **ORDERED**

that the Clerk of Court is directed to mark this case **CLOSED**.

_____

_____

_____

S. J.